IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID LOSONGCO FRANCISCO,<br><br>    Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:24-cv-00023-RRB<br><br>**ORDER<br>GRANTING ATTORNEY FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT<br>Docket 23** |

      Having considered Plaintiff's revised and unopposed motion for attorney fees and costs pursuant to the Equal Access to Justice Act, the Court finds that the request is reasonable and should be GRANTED. Accordingly, this Court awards EAJA fees in the amount of $10,500.00 and costs in the amount of $405.00. If the foregoing are not subject to any offset allowed under the Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), then all payments made consistent with this Order may be made either by electronic fund transfer (ETF) or by check sent to Chermol & Fishman, 11450 Bustleton Avenue, Philadelphia, PA 19116.

      The Motion at Docket 21 is DENIED as moot.

      IT IS SO ORDERED this 29th day of April, 2025, at Anchorage, Alaska.

      */s/ Ralph R. Beistline*
      RALPH R. BEISTLINE
      Senior United States District Judge